for the First Circuit denied. *Messrs. Robert G. Dodge* and *Harold S. Davis* for petitioner. *Mr. George L. Dillaway* for respondents.

No. 933. LEONARDI ET AL. *v.* CHASE NATIONAL BANK. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan April* for petitioners. *Mr. Henry Root Stern* for respondent.

No. 940. FIREMAN'S MUTUAL AID ASSN. *v.* VIRGINIA. May 18, 1936. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Andrew D. Christian* for petitioner. *Messrs. Abram P. Staples* and *W. W. Martin* for respondent.

No. 941. SUN INDEMNITY CO. ET AL. *v.* BRUCKNER-MITCHELL, INC. May 18, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. P. J. J. Nicolaides, William F. Kelly,* and *Christopher B. Garnett* for petitioners. *Mr. Fontaine C. Bradley* for respondent.

No. 945. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MATCHETTE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. R. Kemp Slaughter* and *Hugh C. Bickford* for respondent.